UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------------------- -x          CIVIL ACTION
                                                                                       2:10-CV-02933-CDJ

DAVID M. KOLLER

                              Plaintiff,                          .           PROPOSED ORDER


              v.



RILEY RIPER HOLLIN & COLAGRECO

                        Defendant.
------------------------------------------------------------------------------x
                                        **ORDER**

    And now, this    day of September, 2010, upon consideration of Defendant's Motion for

Dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) and Plaintiff's' Response

thereto, and all proceedings therein, it is hereby **ORDERED** that the Motion is **DENIED** and

Defendant is **ORDERED** to Answer the Complaint filed in this matter.



                              BY THE COURT:



                              _____
                                        C. Darnell Jones II,  J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------------- -x

DAVID M. KOLLER

               Plaintiff,

      v.


RILEY RIPER HOLLIN & COLAGRECO

            Defendant.

---------------------------------------------------------------------x

CIVIL ACTION
2:10-CV-02933-CDJ


ORAL ARGUMENT
REQUESTED

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR DISMISSAL PURSUANT TO FRCP 12(b)(6)

Plaintiff, David M. Koller, hereby responds to Defendant Riley Riper Hollin &

Colagreco's Motion for Dismissal of Plaintiff's Complaint and in support thereof, Plaintiff

specifically denies each and every allegation, except as expressly admitted below:


1.-4.  The averments set forth in these paragraphs are conclusions of law to which no

response is required.  To the extent a response is required, the averments in these paragraphs

are denied.

5.  The averments contained in this paragraph do not require a response.

-2-

WHEREFORE, Plaintiff respectfully requests that the Court deny Defendant's Motion

for Dismissal or in the alternative allow Plaintiff to file an Amended Complaint, and further

that the Court enter such other relief as it deems just and proper.

s/Mark D. Schwartz
Mark D. Schwartz, Esquire
P.O. Box 330
Bryn Mawr, PA  19010-0330
610-525-5534


Attorney for Plaintiff,
David M. Koller

Dated:  September 7, 2010